JS-6

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE, | Case No. CV13-1840 AB (JCx) |
| Plaintiff, | |
| vs. | **DISMISSAL** |
| GB AMERICA, LLC and Does 1-10 inclusive | |
| Defendant. | |

Pursuant to the stipulation between the parties, by and through their counsel of record, the above-captioned action per F.R.C.P. rule 41(a)(1)(A)(ii) is hereby dismissed without prejudice, each party to bear their own costs and fees.

August 29, 2014            By: _____
                                Hon. Andre Briotte, Jr.
                                United States District Judge

1